An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDER OF SARM 2005-23,
Appellant,
vs.
LOIS SACKS; AND ROBERT SACKS,
Respondents.

No. 61953

**FILED**

SEP 3 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant has filed a motion for voluntary dismissal pursuant to the parties' stipulation to dismiss this appeal. Having considered the motion, we grant it and dismiss this appeal. The parties shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Kenneth C. Cory, District Judge
Leonard I. Gang, Settlement Judge
Meier & Fine, LLC
Lawrence J. Semenza
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-29157